# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHNNY R. RIBEIRO,
    Appellant,
   vs.
NATIONSTAR MORTGAGE, LLC,
    Respondent.

No. 82698

**FILED**

SEP 1 0 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kathleen E. Delaney, District Judge
   Michael H. Singer, Settlement Judge
   Black & Wadhams
   Akerman LLP/Las Vegas
   Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-26312